## Ireland *v.* Ireland, Appellant.

Argued April 14, 1971. *G. Shields,* with him *David B. Washington,* for appellant; *Paul L. Hammer,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Kope *v.* Kope, Appellant.

Argued April 16, 1971. *Edward S. Martin,* with him *Fergus, Martin & Fergus,* for appellant; *R. Wallace Maxwell,* with him *Maxwell & Davis,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Lankes *v.* Lankes, Appellant.

Argued April 12, 1971. *John W. McIlvaine,* for appellant; *Thomas D. MacMullan,* with him *Carl Brandt,* and *Brandt, McManus, Brandt & Malone,* for appellee.

Order affirmed.